Bernard SAMOFF, Regional Director of the Fourth Region of the National Labor Relations Board, for and on Behalf of the NATIONAL LABOR RELATIONS BOARD, Petitioner-Appellee,

v.

LOCAL UNION NO. 542-A, -B, -C, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, Respondent-Appellant.

No. 14944.

United States Court of Appeals
Third Circuit.

Argued Jan. 18, 1965.

Decided Feb. 2, 1965.

Martin J. Vigderman, Freedman, Borowsky & Lorry, Philadelphia, Pa. (Abraham E. Freedman, Freedman, Landy & Lorry, Philadelphia, Pa., on the brief), for respondent-appellant.

Julius G. Serot, Asst. Gen. Counsel, N. L. R. B., Washington, D. C. (Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Gary Green, Marvin Roth, Attys., N. L. R. B., on the brief), for petitioner-appellee.

Before McLAUGHLIN, FORMAN and GANEY, Circuit Judges.

PER CURIAM.

We agree with the thorough and sound opinion of Judge Nealon, D.C., 238 F. Supp. 376, in this case. Schauffler for and on Behalf of N. L. R. B. v. Local 1291, I.L.A., 292 F.2d 182 (3 Cir. 1961). The late decision of the National Labor Relations Board in Local Union No. 612, International Brotherhood of Teamsters, etc. v. Deaton Truck Line, Inc., 150 NLRB No. 40 (December 17, 1964) is radically different in its facts from the case at bar. That decision is inapposite here.

The judgment of the District Court will be affirmed.